# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OOTDFash, LLC., a California Limited Liability Company; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01847-JAM-EFB<br><br>Order Re: Stipulation to Extend Time to Respond to Initial Complaint By More Than 30 Days<br><br>Complaint served: September 26, 2019 for Defendant OOTDFash<br>Current response date: November 14, 2019 for Defendant OOTDFash<br>New response date: December 13, 2019 for Defendant OOTDFash |

Upon review of the Stipulation to Extend Time to Respond to Initial Complaint by More Than 30 Days, where upon parties wish to stipulate to move Defendant OOTDFash, LLC's responsive date to the Complaint 30 days from November 14, 2019 to December 13, 2019 for the purposes of reducing fees and costs while the parties are in on-going settlement discussions.

IT IS HEREBY ORDERED that the Second Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days is hereby GRANTED and Defendant OOTDFash, LLC's new responsive date to the initial Complaint is December 13, 2019.

Dated:  11/13/19          /s/ John A. Mendez_____
                          United States District Court Judge

1